## John Gyurky, Appellee, v. Pullman Railroad Company, Appellant.

### Gen. No. 41,975.

Heard in first division, first district, this court at October term, 1941; opinion filed June 1, 1942. Knapp, Allen & Cushing, for appellant; Joseph L. Earlywine and Harlan L. Hackbert, of counsel; Owens & Owens, for appellee; Thomas L. Owens, of counsel. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."